# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN DIXON, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-cv-01096-MN |
| ) | |
| v. ) | |
| ) | |
| FIESTA RESTAURANT GROUP, INC., ) | JURY TRIAL DEMANDED |
| STACEY RAUCH, NICHOLAS ) | |
| DARAVIRAS, SHERRILL KAPLAN, ) | |
| ANDREW RECHTSCHAFFEN, NICHOLAS ) | |
| P. SHEPHERD, NIRMAL K. TRIPATHY, and ) | |
| PAUL TWOHIG, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: November 30, 2023            **LONG LAW, LLC**

By:   */s/ Brian D. Long*
      Brian D. Long (#4347)
      3828 Kennett Pike, Suite 208
      Wilmington, DE 19807
      Telephone: (302) 729-9100
      Email: BDLong@longlawde.com

      *Attorneys for Plaintiff*